IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIAM EAVERS,

    Plaintiff,

vs.                              CASE NO.: 1:07cv77-SPM/AK

KDJ JONESVILLE, INC.,
and JOHN W. MCNEAL,

    Defendants.

_____/

## ORDER OF DISMISSAL

Pursuant to the Notice of Settlement (doc. 18) and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 19th day of October, 2007.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    United States District Judge